IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jacques Jeanlouis,                                  Case No. 3:04 CV 7702

              Plaintiff,            MEMORANDUM OPINION
                                                    AND ORDER
     -vs-
                                                    JUDGE JACK ZOUHARY
Product Action, et al.,

              Defendants.

The Court has reviewed the Report and Recommendation of the Magistrate Judge filed July 13, 2006 in this matter. Under the relevant statute (28 U.S.C. § 636(b)(1)(C) (1982)):

> Within ten days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

In this case, the ten-day period has elapsed and no objections have been filed. The failure to file written objections constitutes a waiver of a *de novo* determination by the district court of an issue covered in the report. *United States v. Sullivan*, 431 F.3d 976, 984 (2005).

The Court adopts the Magistrate Judge's Report and Recommendation in its entirety. Defendants' Motion to Dismiss (Document No. 31) is denied, with the understanding Defendants may ask for reconsideration if Plaintiff fails to follow the discovery recommendations of the Magistrate Judge.

IT IS SO ORDERED.

                                                         s/ *Jack Zouhary*
                                                         JACK ZOUHARY
                                                         U. S. DISTRICT JUDGE

                                                         August 21, 2006