IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Burton J. VanWormer,  Case No. 3:06 CV 7072

          Plaintiff,  MEMORANDUM OPINION
  AND ORDER

-vs-

          JUDGE JACK ZOUHARY

Commissioner of Social Security,

          Defendant.

The Court has reviewed the Report and Recommendation of the Magistrate Judge (Doc No. 21) filed May 17, 2007. Under the relevant statute (28 U.S.C. § 636(b)(1)(C) (1982)):

> Within ten days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

In this case, the ten-day period has elapsed and no objections have been filed. The failure to file written objections constitutes a waiver of a *de novo* determination by the District Court of any issue covered in the report. *United States v. Sullivan*, 431 F.3d 976, 984 (2005).

The Court adopts the Magistrate Judge's Report and Recommendation (Doc. No. 21) in its entirety. The Commissioner's decision is affirmed, and Plaintiff's Complaint (Doc. No. 1) is dismissed with prejudice.

IT IS SO ORDERED.

                                             s/ *Jack Zouhary*
                                           JACK ZOUHARY
                                           U. S. DISTRICT JUDGE

                                           June 7, 2007